JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID CLIFTON SOLOMON, | ) | No. CV 09-1843-CAS(CW) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| P.L. VAZQUEZ (Warden), | ) | |
| | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed, without prejudice, as wholly unexhausted.

DATED: September 9, 2009

_____
CHRISTINA A. SNYDER
United States District Judge